# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00683-CV

### S. N. G., Appellant

v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-12-005318, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

S.N.G. appeals the trial court's final decree terminating her parental rights to her child G.Y.[1]  The case was tried to the bench, and S.N.G. did not appear for any portion of the trial. In its final decree of termination, the trial court found by clear and convincing evidence that termination of S.N.G.'s parental rights was in the best interest of her child and that S.N.G. had failed to comply with the provisions of a court order that specifically established the actions necessary for her to obtain the return of her child.  *See* Tex. Fam. Code § 161.001(1)(O), (2).

S.N.G.'s court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex.

---

[1]  We refer to the mother and her child by their initials only. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.

App.—Austin 2005, pet. denied) (applying Anders procedure in appeal from termination of parental rights). Counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Counsel certified to this Court that he provided S.N.G. with a copy of the brief and motion for withdrawal of counsel and informed her of her right to review the record and file her own brief. To date, S.N.G. has not filed a pro se brief.

We have reviewed the record and counsel's brief. We agree that the appeal is frivolous and without merit. Accordingly, we grant counsel's first amended motion to withdraw and affirm the trial court's final decree of termination.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Affirmed

Filed: February 20, 2014